No. 1778

Second Circuit

———

MILES v. RECLAMATION OIL PRODUC-
ING ASSOCIATION

———

(June 30, 1926. Rehearing Refused.)

———

(*Syllabus by the Editor*)

ON REHEARING

1. Louisiana Digest—Parties—Par. 17, 18.

Where the defendant dies subsequent to
the date on which an original decree
was rendered, the court will recast the
decree making the representatives of
the succession parties.

Appeal from the First Judicial District
Court of Louisiana, Parish of Caddo. Hon.
E. P. Mills, Judge.

Cook & Cook, of Shreveport, attorneys
for plaintiff, appellee.

Wilkinson, Lewis & Wilkinson, of Shreve-
port, attorneys for defendant, appellant.

ON REHEARING

ODOM, J.    This case was before the
court in November, 1924, and again on
rehearing in January, 1925. See 1 La.
App. 94, for original opinion and de-
cree. It was again before us in Decem-
ber, 1925, and rehearing refused on Febru-
ary 9, 1926. For opinion and decree, see
3 La. App. 746.

The identical questions raised in this
case were presented in the case of Amer-
ican National Bank of Shreveport versus
Reclamation Oil Producing Association of
Louisiana, et al., 156 La. 652, 101 South. 10.
Upon the authority of this latter case this
court rendered judgment for plaintiff and
against defendant. See I La. App. 94. As
we adhere to the reasons assigned in our
former opinion, there is no necessity for a
restatement of the case and the law appli-
cable.

Inasmuch as E. G. Murrell and D. W.
Breazeale, two of the defendants, died
subsequent to the date on which our origi-
nal decree was rendered and their proper
succession representatives are now before
the court, it may be well to recast the de-
cree.

Therefore, for the reasons assigned in
our former opinion, and upon the authority
of the case of American National Bank vs.
Reclamation Oil Producing Association, 156
La. 652, 101 South. 10;

It is therefore ordered, adjudged and de-
creed that the judgment herein appealed
from be set aside, and it is now ordered,
adjudged and decreed that there be judg-
ment in favor of the plaintiff, R. P. Miles,
and against the defendant, Reclamation
Oil Producing Association, in the full sum
of twenty-seven hundred and fifty dollars
with eight per cent per annum interest
from January 26, 1921, until paid, less
credits as follows:    $585.17 paid January
10, 1921; $853.75 paid January 13, 1921,
and $500.00 paid January 27, 1921, and that
the defendants, J. E. Camette, W. N. Col-
lins, F. Reynaud, Mrs. Margaret Gwinn
Murrell, administratrix of the estate of
G. R. Murrell, deceased, and Mrs. Mattie
Hyams Breazeale, surviving widow, and
Henry Hyams Breazeale, sole heir of D. W.
Breazeale, deceased, (the last two men-

tioned being substituted for D. W. Breazeale), be and each is hereby condemned to pay plaintiff jointly the sum herein decreed to be due by defendant, Reclamation Oil Producing Association, each for his virile shares; the defendants to pay all costs, including attorney's fees at 10 per cent on the balance due.